DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIFFANIE HOFFMAN,** f/obo K.P., a minor,
Appellant,

v.

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2024-2498

[December 4, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Lee Oftedal, Judge; L.T. Case No. 502023CA001818XXXX-MB.

Jeff Tomberg of Jeff Tomberg, Esq., LLC, Boynton Beach and Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Bretton C. Albrecht, of Kubicki Draper, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***